IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01040-PAB-BNB

SAM LOVE, and
VIRGINIA LOVE,

Plaintiffs,

v.

DIRK KEMPTHORNE, in his official capacity as Secretary of the United States Department of the Interior,
U.S. DEPARTMENT OF INTERIOR,
JIM CASWELL, in his official capacity as Director of the United States Bureau of Land Management,
UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the United State Department of the Interior, and
KENT E. WALTER, Field Manager of the White River Field Office of the United States Bureau of Land Management,

Defendants.

## ORDER

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **November 11, 2008**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated October 29, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge