IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01040-PAB-BNB

SAM LOVE and VIRGINIA LOVE,

    Plaintiffs,

v.

DIRK KEMPTHORNE, in his official capacity as Secretary of the United States Department of the Interior,
THE UNITED STATES DEPARTMENT OF THE INTERIOR,
JIM CASWELL, in his official capacity as Director of the United States Bureau of Land Management,
THE UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the United States Department of the Interior,
KENT E. WALTER, Field Manager of the White River Field Office of the United States Bureau of Land Management,

    Defendants.

___

**ORDER OF DISMISSAL WITH PREJUDICE**
___

THIS MATTER comes before the Court upon the plaintiffs' Unopposed Motion to Dismiss with Prejudice. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the plaintiffs' Unopposed Motion to Dismiss with Prejudice (Docket No. 22) is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED November 25, 2008.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge